# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**NIKKIA RATLIFF**                                                          **PLAINTIFF**

**V.**                    **CASE NO. 4:08CV4209 BSM**

**BROADWAY HOLDINGS, LLC**
**and JOHN M. LAZARICH**                                                **DEFENDANTS**

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Notice has been provided that the parties have settled. Therefore, this case is dismissed with prejudice. Jurisdiction is retained for 30 days to permit the parties to complete the terms of the settlement.

IT IS SO ORDERED this 17th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE